UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY NGUYEN, PAULUS NIEKDAM, and LOC TRAN, Individually and on Behalf of All Others Similarly Situated,<br>　　　　Plaintiffs,<br><br>vs.<br><br>VERSACOM, LLC, MUHAMMAD AL-AMIN, Individually, and AFREEN AL-AMIN, Individually,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 3:13-cv-04689-D<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

　　The parties file this Joint Report as directed in the Court's Order on Fed. R. Civ. P. 37(A)(5) Award of Expenses dated February 29, 2016 (Doc. 173), and respectfully state:

1.　Plaintiffs' counsel and Defendants' counsel met face to face on March 17, 2016 and conferred on the reasonable amount of attorneys' fees and costs to be awarded by the Court[1];

2.　Plaintiffs' and Defendants' counsel agreed that $6,948.48 (26.94 hours) is a reasonable amount incurred by Plaintiffs given the parameters of the attorneys' fees and costs awarded by Judge Horan in the Order On Fed. R. Civ. P. 37(A)(5) Award Of Expenses (Doc.173);

3.　Plaintiffs' and Defendants' counsel also agreed that attorneys' fees and costs ($6,948.48) have been adjusted to exclude any attorneys' fees or costs that Plaintiffs incurred in connection with Requests for Production Nos. 1, 2, 9, and 11 or that Plaintiffs incurred prior to the extended deadlines for Defendants to serve objections and responses to Plaintiffs' First Requests for Production, including in connection with Plaintiffs' counsel's preparing and propounding the

---

[1] Prior to face to face meeting, Plaintiffs' counsel provided Defendants' counsel with detailed billing entries evidencing the number of hours and amount of fees and costs incurred in connection with their Motion to Compel.

discovery requests at issue.

                              Respectfully submitted,

By:    /s/ Antonio U. Allen
          Lu Pham
          Texas Bar No. 15895430
          Caroline C. Harrison Texas
          Bar 24046034
          Antonio U. Allen
          Texas Bar No. 24069045

          DOWELL PHAM HARRISON LLP
          505 Pecan Street
          Tindall Square Building No. 2
          Suite 101
          Fort Worth, Texas 76102
          817.632.6300
          817.632.6313 (fax)

          **ATTORNEYS FOR PLAINTIFFS**

          And

By:    /s/ Colin Durham
          Darren S. Harrington
          State Bar No. 24002232
          F. Colin Durham, Jr.
          State Bar No. 00790616

          KEY HARRINGTON BARNES, P.C.
          3710 Rawlins Street
          Suite 950
          Dallas, Texas 75219
          (214) 615-7922 (Harrington)
          (214) 615-7919 (Durham)
          (214) 615-7926 (Facsimile)
          dharrington@keyharrington.com
          cdurhamt@keyharrington.com

          **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 21st day of March, 2016.

/s/   Antonio U. Allen