UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY NGUYEN, PAULUS NIEKDAM, and LOC TRAN, Individually and on Behalf of All Others Similarly Situated,<br>           Plaintiffs,<br><br>vs.<br><br>VERSACOM, LLC, MUHAMMAD AL-AMIN, Individually, and AFREEN AL-AMIN, Individually,<br>           Defendants. | No. 3:13-CV-4689-D |

## AGREED ORDER

Pursuant to the Court's December 23, 2016 Order on Fed. R. Civ. P. 37(c)(1)(A) sanctions (Doc. 223), the Court finds that the amount of reasonable attorneys' fees and costs incurred by Plaintiffs as a result of Defendants' noncompliance with the Court's trial setting order is eight thousand five hundred dollars and zero cents ($8,500.00).

Defendants are therefore ordered to submit payment of $8,500.00 to Dowell Pham Harrison LLP by January 24, 2017.

SO ORDERED.

January 17, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

By: /s/ Antonio U. Allen
Lu Pham
Texas Bar No. 15895430
Caroline C. Harrison Texas
Bar 24046034
Antonio U. Allen
Texas Bar No. 24069045

DOWELL PHAM HARRISON LLP
505 Pecan Street
Tindall Square Building No. 2
Suite 101
Fort Worth, Texas 76102
817.632.6300
817.632.6313 (fax)

**ATTORNEYS FOR PLAINTIFFS**

And

By: /s/ Sean S. Modjarrad
Sean S. Modjarrad
State Bar No. 24027398
smodjarrad@modjarrad.com
Sarah M. Schechter
State Bar No. 24062987
sschechter@modjarrad.com
David Mizgala
State Bar No. 24031594
dmizgala@modjarrad.com
Jeff Shelton
State Bar No. 24011458
jshelton@modjarrad.com

MODJARRAD | ABUSAAD | SAID LAW FIRM
212 W. Spring Valley Road
Richardson, Texas 75081
Tel. (972) 789-1664
Fax (972) 789-1665

**ATTORNEYS FOR DEFENDANTS**