UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY NGUYEN, PAULUS NIEKDAM, and LOC TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VERSACOM, LLC, MUHAMMAD AL-AMIN, Individually, and AFREEN AL-AMIN, Individually,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:13-cv-04689-D<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED NOTICE OF SETTLEMENT

COME NOW, Plaintiffs TOMMY NGUYEN, PAULUS NIEKDAM and LOC TRAN, Individually and on Behalf of Other Similarly Situated and Defendants VERSACOM, LLC, MUHAMMAD AL-AMIN, and AFREEN AL-AMIN, and files this Agreed Notice of Settlement:

On February 5, 2017 the parties reached an agreement to fully and finally settle the above referenced matter prior to trial. Counsel for the parties will appear in court at 9:00 a.m. to announce settlement in open Court.

Respectfully submitted,

DOWELL PHAM HARRISON LLP

By: /s/ Antonio U. Allen
 Lu Pham
 lpham@dphllp.com
 Texas Bar No. 15895430
 Caroline C. Harrison
 charrison@dphllp.com
 Texas Bar 24046034
 Antonio U. Allen
 aallen@dphllp.com
 Texas Bar No. 24069045
 Tindall Square Bldg. #2
 505 Pecan Street, Suite 101
 Fort Worth, Texas 76102
 (817) 632-6300
 (817) 632-6313 (Facsimile)

 **ATTORNEYS FOR PLAINTIFFS**


 /s/ Sean S. Modjarrad
 **SEAN S. MODJARRAD**
 Texas Bar No. 24027398
 smodjarrad@modjarrad.com
 **SARAH M. SCHECHTER**
 Texas Bar No. 24062987
 sschechter@modjarrad.com
 **DAVID MIZGALA**
 Texas Bar No. 24031594
 dmizgala@modjarrad.com
 **JEFF SHELTON**
 Texas Bar No. 24011458
 jshelton@modjarrad.com
 **MODJARRAD | ABUSAAD | SAID LAW FIRM**
 212 W. Spring Valley Road
 Richardson, Texas 75081
 Tel. (972) 789-1664
 Fax. (972) 789-1665

 **ATTORNEYS FOR DEFENDANTS**